IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER MICHAEL HERSH,** | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-3315 |
| | : | |
| **WARDEN EDWARD MCFADDEN,** | : | |
| | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this __16th__ day of June 2021, upon consideration and independent review of the petition for Writ of Habeas Corpus (ECF 1) and after review of the Report and Recommendation of the United States Magistrate Judge Timothy R. Rice (ECF 6) and Petitioner's Objections (ECF 10), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**